

NUMBER 13-18-00329-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JORGE A. ARJONA AND MARTINA ARJONA,                        **Appellants,**

**v.**

INTERNATIONAL BANK,                                 **Appellee.**

**On appeal from the County Court at Law No. 4
of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Justices Rodriguez, Contreras, and Benavides
Memorandum Opinion by Justice Benavides**

On June 22, 2018, a notice of appeal was filed identifying Jorge A. Arjona and Martina Arjona as the appellants; however, the notice of appeal is only signed by Jorge A. Arjona. Jorge A. Arjona is not an attorney, therefore he is not legally permitted to represent or otherwise file pleadings on behalf of another person. *See* TEX. GOV'T CODE ANN. § 81.101 (West, Westlaw through 2017, 1st C.S.); *Id.* § 81.102 (West, Westlaw

through 2017, 1st C.S.); *Crain v. The Unauthorized Practice of Law Comm, of the Sup.Ct. of Tex.*, 11 S.W.3d 328, 332–34 (Tex.App.—Houston [1st Dist.] 1999, pet. denied). Accordingly, Jorge A. Arojona can represent himself pro se, but he cannot act as an attorney for Martina Arjona.

On June 27, 2018, this Court notified Jorge A. Arona that it appeared he is not a licensed attorney and is therefore prohibited from representing Martina Arjona. The notice directed appellants to file an amended notice of appeal signed by Martina Arjona. On August 14, 2018, appellants were again advised to file an amended notice of appeal within ten days, otherwise, the appeal would be dismissed as to Martina Arjona. *See* TEX. R. APP. P. 42.3(b),(c). An amended notice of appeal has not been filed. Accordingly, Martina Arjona is not a party to this appeal.

On July 12, 2018 and August 14, 2018, the Clerk of this Court notified Jorge A. Arijona, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $205.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). Appellant has not responded to the notice from the Clerk or paid the $205.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

GINA M. BENAVIDES,
Justice

Delivered and filed the
27th day of September, 2018.

2